THE PEOPLE OF THE STATE OF NEW YORK ex rel. WESLEY GOLDING, Appellant, v. LEWIS E. LAWES, Warden of Sing Sing Prison, Ossining, New York, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

BERTRAM SCHWARZ and Others, Infants, by MAX SCHWARZ, etc., Appellants, v. JOSEPH A. BRODERICK, as Superintendent of Banks in Charge of Liquidation of THE LONG BEACH TRUST COMPANY, and THE LONG BEACH TRUST COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

FRANCES SEGAL, Respondent, v. BARNET EDELSTEIN, Appellant. DAVID S. SEGAL, Respondent, v. BARNET EDELSTEIN, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

TORGER TORGERSEN, Respondent, v. EDWARD F. HUTTON and COX & STEVENS, INC., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. [See ante, p. 31.]

TRUMBULL SECURITIES CORPORATION, Respondent, Appellant, v. JAMES F. CAVANAGH, Appellant, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

MARIA F. VOLPI, Respondent, v. CHRISTINE M. GAMBINI, Defendant, and GEORGE CIGLIANA, Appellant.— Motion to dismiss appeal from order denying defendant's motion to have his deposition taken before trial upon written interrogatories and for a stay of trial granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements, it appearing that a motion for reargument was granted and upon reargument, on additional affidavits, the motion was again denied. The order on the motion for reargument supersedes the order on the first motion. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ. [See post, p. 606.]

FRANK T. WALDRON, Respondent, v. J. H. TAYLOR CONSTRUCTION CO., INC., and Another, Appellants, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

THOMAS F. WOGAN, as Executor, etc., of JENNIE WOGAN, Deceased, Respondent, v. WILLIAM FOXWELL, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell and Davis, JJ.; Johnston, J., not voting.

MURRAY ZUCKER, an Infant, etc., and JACOB ZUCKER, Appellants, v. EPHRAIM REALTY CORPORATION and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.